UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Gary Scott Saunders

State Bar No. 144385

Case No. 25-mc-80344-HSG

**ORDER TO SHOW CAUSE RE SUSPENSION IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Gary Scott Saunders

The United States District Court for the Northern District of California has learned that, effective November 30, 2025, you will be ineligible to practice law in the State of California for a period of 30 months following disciplinary action by the State Bar of California. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California. Accordingly, effective the date of this Order, your membership in the bar of this Court is suspended on an interim basis pursuant to Civil Local Rule 11-7(b)(1). On or before November 28, 2025, you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice. *See* Civil Local Rule 11-7(b)(1).

//

//

//

//

1   If you are disbarred, suspended, or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3).  The Clerk shall close this file on or after November 28, 2025, absent further order of this Court.

**IT IS SO ORDERED.**

Dated:    10/31/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge